UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN HO**, <br>     Plaintiff, <br> v. <br> **VEDA A. FIELDS;** <br> **CHARLES DEFOREST FIELDS;** <br> **WMO SERVICES, LLC**, a California Limited Liability Company; and Does 1-10, <br>     Defendants. | Case No. 5:15-CV-00347-PA-SP <br><br> **ORDER** |

GOOD CAUSE SHOWN, and pursuant to the agreement of the parties, Judgment is entered in favor of Plaintiff in the amount of $5797.05.

Date: September 4, 2017 _____

Hon. Percy Anderson
UNITED STATES DISTRICT COURT JUDGE